ROSE KIRKWOOD v. EXCHANGE NATIONAL BANK OF HASTINGS.

FILED MAY 2, 1894.     No. 5591.

ERROR from the district court of Adams county.     Tried below before GASLIN, J.

*L. W. Billingsley* and *R. J. Greene*, for plaintiff in error.

*Tibbets, Morey & Ferris, contra.*

PER CURIAM.

The record in this case presenting precisely the same questions as those in *Kirkwood v. First Nat. Bank of Hastings*, 40 Neb., 484, the judgment is reversed and the cause remanded for a new trial for the reasons stated in the opinion in that case.

JUDGMENT ACCORDINGLY.